LOTTIE WYKA, as Administratrix of the Estate of WLADYSLAW WYKA, Deceased, Appellant, *v.* JOHN BENEDICKS, Respondent.

Submitted January 17, 1944; decided February 24, 1944.

*Michael M. Platzman* for motion.

*Samuel Berloff* and *Abraham Engelman* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution, and is an order of reversal.

In the Matter of ALMA M. FABRICIUS, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted January 17, 1944; decided February 24, 1944.

Motion by appellant for reargument denied. (See 291 N. Y. 787.)